Kristina N. Holmstrom
Nevada Bar No. 010086
Ann-Martha Andrews
Nevada Bar No. 007585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.:  2:21-cv-00279-JKD-EJY<br><br>STIPULATION TO EXTEND DATE TO ANSWER COMPLAINT |

Defendant Life Insurance Company of North America and Plaintiff Elizabeth Shaw hereby stipulate that defendant may have through and including April 16, 2021 to answer plaintiff's Complaint.

Good cause exists for this extension as counsel for defendant received the Complaint on March 23, 2021 and needs time to obtain and review the administrative record as well as prepare a responsive pleading.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

//

//

1  DATED this 26th day of March 2021.

2

3  HAL TAYLOR ATTORNEY AT LAW

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4

5  By: /s/ Hal Taylor

By: /s/ Kristina N. Holmstrom

6  Hal Taylor
Nevada Bar No. 4399
2551 West Lakeridge Shores
Reno, NV 89519
Telephone: 775.825.2223
haltaylorlawyer@gbis.com

Kristina N. Holmstrom
Nevada Bar No. 010086
Ann-Martha Andrews
Nevada Bar No. 007585
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone:  602.778.3700
Fax:  602.778.3750
kristina.holmstrom@ogletree.com
ann.andrews@ogletree.com

*Attorney for Elizabeth Shaw*

*Attorneys for Defendant Life Insurance Company of North America*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2021

2