1  Kristina N. Holmstrom
   Nevada Bar No. 010086
2  Ann-Martha Andrews
   Nevada Bar No. 007585
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   3800 Howard Hughes Parkway
4  Suite 1500
   Las Vegas, NV 89169
5  Telephone:  602.778.3700
   Fax:  602.778.3750
6  ann.andrews@ogletree.com
   kristina.holmstrom@ogletree.com
7
   *Attorneys for Defendant Life Insurance*
8  *Company of North America*

9              **UNITED STATES DISTRICT COURT**

10             **FOR THE DISTRICT OF NEVADA**

11  ELIZABETH SHAW,                          Case No.:  2:21-cv-00279-JKD-EJY

12                  Plaintiff,

13       vs.                                 **SECOND STIPULATION TO
                                             EXTEND DATE TO ANSWER
14  LIFE INSURANCE COMPANY OF                COMPLAINT**
    NORTH AMERICA,
15
                    Defendant.
16

17

18      Defendant Life Insurance Company of North America and Plaintiff Elizabeth

19  Shaw hereby stipulate that defendant may have through and including April 23, 2021

20  to answer plaintiff's Complaint.

21      Good cause exists for this second extension as counsel for defendant received

22  the Complaint on March 23, 2021.   Needing time to obtain and review the

23  administrative record as well as prepare a responsive pleading, the parties agreed to an

24  extension of time for Defendant to respond to April 16, 2021.   Due to unforeseen

25  personal matters that have come up this week, counsel for Defendant has requested a

26  brief, ten day extension of time to respond to the Complaint, until April 26, 2021.

27  Plaintiff's counsel has agreed to this brief extension.

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

//

//

DATED this 16th day of April 2021.

HAL TAYLOR ATTORNEY AT LAW

By: /s/ Hal Taylor
    Hal Taylor
    Nevada Bar No. 4399
    2551 West Lakeridge Shores
    Reno, NV 89519
    Telephone: 775.825.2223
    haltaylorlawyer@gbis.com

*Attorney for Elizabeth Shaw*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kristina N. Holmstrom
    Kristina N. Holmstrom
    Nevada Bar No. 010086
    Ann-Martha Andrews
    Nevada Bar No. 007585
    3800 Howard Hughes Parkway
    Suite 1500
    Las Vegas, NV 89169
    Telephone:  602.778.3700
    Fax:  602.778.3750
    kristina.holmstrom@ogletree.com
    ann.andrews@ogletree.com

*Attorneys for Defendant Life Insurance Company of North America*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____April 16, 2021_____

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

2