Hal Taylor, Esq.
Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Email: haltaylorlawyer@gbis.com
Attorney for Plaintiff, Elizabeth Shaw

Hannalore Merritt, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Ph.: 412-794-8003
Fax: 412-794-8050
PA Bar ID:  323589
Hannalore@mydisabilityattorney.com
Pro Hac Vice Attorney for Plaintiff, Elizabeth Shaw
Counsel had complied with LR IA 10-2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH SHAW,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>_____ Defendant. | ) Case No. 2:21-cv-00279-KJD-EJY<br>)<br>) ORDER ON:<br>) STIPULATION OF DISMISSAL<br>) WITH PREJUDICE<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff, Elizabeth Shaw, by and through her undersigned attorneys, and Defendant, Life

Insurance Company of North America, by and through its undersigned attorneys, hereby stipulate

that the above-captioned action may be dismissed with prejudice, each party to bear its own costs

and attorney's fees.

//

//

//

//

1.

1    RESPECTFULLY SUBMITTED this 11th day of October, 2021.

2

3    HAL TAYLOR, ESQ.                          OGLETREE, DEAKINS, NASH, SMOAK
                                                & STEWART, P.C.
     BY:  /s/ Hal Taylor
4         Hal Taylor, Esq.                     BY: /s/ Kristina N. Holmstrom
          Local Counsel                             Kristina N. Holmstrom
5                                                   Nevada Bar No. 010086
     OSTERHOUT BERGER DISABILITY LAW                3800 Howard Hughes Parkway
6                                                   Suite 1500
     BY:  /s/ Hannalore B. Merritt                  Las Vegas, NV 89169
7         Hannalore B. Merritt, Esq.
          Pro Hac Vice Attorney for Plaintiff
8                                               *Attorneys for Defendant Life Insurance
     *Attorneys for Plaintiff Elizabeth Shaw*   Company of North America*
9

10

11

12

13                                             IT IS SO ORDERED:

14

15                                             _____
                                               UNITED STATES DISTRICT JUDGE
16                                             KENT J. DAWSON

17                                             DATED: October 12, 2021

18

19

20

21

22

23

24

25

26

27

28